# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CORTEZ L. TRAPPS,**

**Petitioner,**

**-vs-**

**JAMES CROSS,**

**Respondent.**                                           **NO. 10-CV-887-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on petitioner's petition for writ of habeas corpus, pursuant to 21 U.S.C.§2241, as well as his motion for temporary restraining order and motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on September 29, 2011, the petition, as well as the two motions, are **DENIED** and this case is **DISMISSED** with prejudice.-------------------------------------------

                                        **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**


BY:         /s/***Sandy Pannier***
                **Deputy Clerk**

Dated: September 29, 2011

Digitally signed by David R. Herndon
Date: 2011.09.29 16:54:08 -05'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT